CHRISTOPHER J. CHRISTIE
United States Attorney
MICHAEL E. CAMPION
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-3141
Fax. (973) 297-2010

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONGJI LAI, | HON. PETER G. SHERIDAN |
| Petitioner, | Civil Action No. 08-4451 (PGS) |
| v. | ORDER |
| MUKASEY, et al, | |
| Respondents. | |

This matter having been opened to the Court by CHRISTOPHER J. CHRISTIE United States Attorney for the District of New Jersey, attorney for Defendants, MICHAEL E. CAMPION, Assistant U.S. Attorney, appearing, for an Order to Dismiss, and Defendants having represented to the Court that Plaintiff has been naturalized and that this matter is therefore moot, and the Court having considered the matter,

IT IS on this 5 day of November, 2008

ORDERED that Plaintiff's Complaint is Dismissed with Prejudice.

HON. PETER G. SHERIDAN
United States District Court